STATE OF LOUISIANA                           NO. 25-K-52

VERSUS                                       FIFTH CIRCUIT

CHARLES MCQUARTER III                        COURT OF APPEAL

                                             STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

_____ February 06, 2025 _____

Linda Wiseman
First Deputy Clerk

IN RE CHARLES MCQUARTER III

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE FORTIETH JUDICIAL DISTRICT COURT,
PARISH OF ST JOHN THE BAPTIST, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE
J. STERLING SNOWDY, DIVISION "C", NUMBER 14,169

---

Panel composed of Judges Marc E. Johnson,
Stephen J. Windhorst, and John J. Molaison, Jr.

**WRIT DENIED**

The writ application is deficient under the Uniform Rules and Courts of
Appeal Rules 4-2 and 4-3. Specifically, the relator has not included a notice of
intent or evidence of a return date.

More importantly, the relator has failed to provide a ruling for our review,
either in the form of a minute entry, written judgment, or a transcript of the trial
court's oral judgment, as required by URCA Rule 4-5. We also do not have a copy
of the original motion, the bill of information, or the State's opposition. The
argument of counsel is not evidence.

Because the relator has provided no basis for this Court to consider the
merits of his writ application, we deny relief on the showing made.

Gretna, Louisiana, this 6th day of February, 2025.

**JJM**
**MEJ**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **02/06/2025** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**25-K-52**

### E-NOTIFIED

40th District Court (Clerk)
Honorable J. Sterling Snowdy (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED          Sammons K. Corbett (Relator)

### MAILED

Jacob G. Longman (Relator)              Honorable Bridget A. Dinvaut
Kathryn J. Burke (Relator)              (Respondent)
Attorney at Law                        District Attorney
830 Main Street                        Fortieth Judicial District
Baton Rouge, LA 70802                  Parish of St. John the Baptist
                                       1342 La. Highway 44
                                       Reserve, LA 70084